# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.A. FISCHER, P.D. LOCHNER**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

### DANIEL M. VERWEY
### LANCE CORPORAL (E-3), U.S. MARINE CORPS

### NMCCA 201400180
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 14 January 2014.
**Military Judge**: LtCol E.A. Harvey, USMC.
**Convening Authority**: Commanding Officer, 1st Marine Regiment, 1st Marine Division (REIN), Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: Maj V.G. Laratta, USMC.
**For Appellant**: CDR Boyce A. Crocker, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**28 August 2014**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court